ALVERSON, TAYLOR, MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
Attorneys for Plaintiff/Counter-Defendant,
QBE INSURANCE CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

@

| | |
|---|---|
| QBE INSURANCE CORPORATION,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>LYNBROOK HOMEOWNERS ASSOCIATION, DOES I through X, ROES I through X,<br><br>Defendants/Counter- Claimants. | Case No. 2:10-cv-00379-JCM-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant, QBE INSURANCE CORPORATION (hereinafter "QBE"), by and through its attorney, SHIRLEY BLAZICH, ESQ., of the law firm ALVERSON, TAYLOR, MORTENSEN, & SANDERS; and Defendant/Counter-Claimant LYNBROOK HOMEOWNERS ASSOCIATION (hereinafter "Lynbrook") by and through its attorney, SHANE CLAYTON, ESQ., of the law firm MARQUIS AURBACH COFFING, hereby stipulate and agree to voluntarily dismiss the above referenced lawsuit and related counter-claim, with prejudice, with all parties to bear their own attorney's fees and costs, and hereby jointly move this Honorable Court for an Order

1

18507-LS

of dismissal, with prejudice. Furthermore, Plaintiff/Counter-Defendant QBE hereby stipulates to a waiver of its January 12, 2010 Reservation of Rights to Defendant/Counter-Claimant Lynbrook.

DATED this ___4___ day of October, 2011.                DATED this ___6___ day of October, 2011.

MARQUIS AURBACH COFFING                                 ALVERSON, TAYLOR, MORTENSEN, & SANDERS

By: _____                           By: _____
AVECE M. HIGBEE                                          LEANN SANDERS, ESQ.
Nevada Bar No. 003739                                    Nevada Bar No. 000390
SHANE CLAYTON                                            SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008783                                    Nevada Bar No. 008378
10001 Park Run Boulevard                                 7401 W. Charleston Boulevard
Las Vegas, Nevada 89145                                  Las Vegas, Nevada 89117
Attorneys for Defendant/Counterclaimant,                 Attorneys for Plaintiff/Counter-Defendant,
LYNBROOK HOMEOWNERS                                      QBE INSURANCE CORPORATION
ASSOCIATION

## ORDER

IT IS SO ORDERED that this matter and the related counter-claim be dismissed, with prejudice, the parties each to bear their own attorney's fees and costs.

Dated this 17th day of October, 2011.

_____
U.S. DISTRICT COURT JUDGE FOR THE
DISTRICT OF NEVADA

Submitted by:

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By _____
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
7401 W. Charleston Boulevard
Las Vegas, NV   89117-1401
(702) 384-7000
Attorneys for Plaintiff

n:\leann.grp\cases\18507\pleadings\stipulation and order to dismiss.doc