1  ALVERSON, TAYLOR, MORTENSEN & SANDERS
2  LEANN SANDERS, ESQ.
   Nevada Bar No. 000390
3  SHIRLEY BLAZICH, ESQ.
   Nevada Bar No. 008378
4  7401 W. Charleston Boulevard
   Las Vegas, NV 89117
5  (702) 384-7000
6  Attorneys for Plaintiff/Counter-Defendant,
   QBE INSURANCE CORPORATION

7

8               UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10                        @

11

| | |
|---|---|
| QBE INSURANCE CORPORATION,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>LYNBROOK HOMEOWNERS ASSOCIATION, DOES I through X, ROES I through X,<br><br>Defendants/Counter- Claimants. | Case No. 2:10-cv-00379-JCM-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant, QBE INSURANCE CORPORATION (hereinafter "QBE"), by and through its attorney, SHIRLEY BLAZICH, ESQ., of the law firm ALVERSON, TAYLOR, MORTENSEN, & SANDERS; and Defendant/Counter-Claimant LYNBROOK HOMEOWNERS ASSOCIATION (hereinafter "Lynbrook") by and through its attorney, SHANE CLAYTON, ESQ., of the law firm MARQUIS AURBACH COFFING, hereby stipulate and agree to voluntarily dismiss the above referenced lawsuit and related counter-claim, with prejudice, with all parties to bear their own attorney's fees and costs, and hereby jointly move this Honorable Court for an Order

1

18507-LS

of dismissal, with prejudice. Furthermore, Plaintiff/Counter-Defendant QBE hereby stipulates to a waiver of its January 12, 2010 Reservation of Rights to Defendant/Counter-Claimant Lynbrook.

DATED this ___ day of October, 2011.    DATED this _6_ day of October, 2011.

MARQUIS AURBACH COFFING             ALVERSON, TAYLOR,
                                     MORTENSEN, & SANDERS

By: _____          By: _____
    AVECE M. HIGBEE                      LEANN SANDERS, ESQ.
    Nevada Bar No. 003739                Nevada Bar No. 000390
    SHANE CLAYTON                        SHIRLEY BLAZICH, ESQ.
    Nevada Bar No. 008783                Nevada Bar No. 008378
    10001 Park Run Boulevard             7401 W. Charleston Boulevard
    Las Vegas, Nevada 89145              Las Vegas, Nevada 89117
    Attorneys for Defendant/Counterclaimant,  Attorneys for Plaintiff/Counter-Defendant,
    LYNBROOK HOMEOWNERS                  QBE INSURANCE CORPORATION
    ASSOCIATION

## ORDER

IT IS SO ORDERED that this matter and the related counter-claim be dismissed, with prejudice, the parties each to bear their own attorney's fees and costs.

Dated this 17th day of October, 2011.

_____
U.S. DISTRICT COURT JUDGE FOR THE
DISTRICT OF NEVADA

Submitted by:

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By _____
   LEANN SANDERS, ESQ.
   Nevada Bar No. 000390
   SHIRLEY BLAZICH, ESQ.
   Nevada Bar No. 008378
   7401 W. Charleston Boulevard
   Las Vegas, NV  89117-1401
   (702) 384-7000
   Attorneys for Plaintiff

n:\leann.grp\cases\18507\pleadings\stipulation and order to dismiss.doc

18507-LS